# In the United States Court of Federal Claims

Case No.: 1:24-cv-01953-PSH

MICHAEL J. FORBES[1]

    v.                        NOTICE OF NON-ECF DESIGNATION

THE UNITED STATES[2]

    Pursuant to Appendix E of the Rules of the United States Court of Federal Claims (RCFC), this case is designated a non-ECF pro se case in which the pro se litigant(s) has (have) not been granted access to file documents via the court's online system for electronic case filing (ECF System). Thus, all filings in this case by the pro se litigant(s):

- must be made either in paper form or electronically via e-mail to ProSe_case_filings@cfc.uscourts.gov;
- must conform to the format requirements of RCFC 5.5;
- if the filing is made in paper form, must comply with the signature requirements of RCFC 11; and
- if the filing is made electronically via e-mail, must comply with the requirements set forth in the Supplement to Appendix E, RCFC.

The pro se litigant(s) may consent to receive notice of all filings via e-mail by filing an E-Notification Consent Form (see Appendix of Forms, Form 15A).[3] Otherwise, the pro se litigant(s) will be served with court-issued documents via first class mail.

    **The following guidelines apply to all filings made by counsel of record for the United States in non-ECF cases:**

---

[1] If the complaint in this action, as originally received in the Clerk's Office, named as a plaintiff a minor, an incompetent person, or a deceased person, the case caption has been modified to identify as plaintiff(s) the representative(s) filing on behalf of the minor, incompetent person, or deceased person.

[2] If the complaint in this action, as originally received in the Clerk's Office, named as the defendant(s) a party (parties) other than the United States, the case caption has been modified to identify the United States as the sole defendant. This modification has been made to conform the caption to the Rules of the United States Court of Federal Claims, which make clear that in this court only the United States can be named as the party defendant. See RCFC 4(a) and 10(a).

[3] To view filings made via the ECF System, the pro se litigant(s) must be registered with PACER (Public Access to Court Electronic Records) at www.pacer.gov.

      Counsel of record for the United States must make all filings in this case via the ECF System, except by leave of the court in exceptional circumstances, and all filings must be in Portable Document Format (PDF). Service on the United States is complete upon the filing of a document via the ECF System and will be effected by electronic notice to counsel of record. Counsel for the United States is responsible for monitoring their e-mail account and upon receipt of a notice of electronic filing, for retrieving the order or document via the ECF System. Unless and until the pro se litigant(s) files (file) an E-Notification Consent Form, counsel for the United States must attach to each filing, or file within a reasonable time after service, a certificate of service pursuant to RCFC 5(d)(1)(B). If an E-Notification Consent Form has been filed, a certificate of service is not required.

      Counsel for the United States and the pro se litigant(s) are on notice that **no allowance can be made for the late filing of a document for which the time limit is jurisdictional.**

Lisa L. Reyes
Clerk of Court