FORM 15A
E-NOTIFICATION CONSENT FORM

# In the United States Court of Federal Claims

Michael J. Forbes, pro se )
)
)
Plaintiff, )
) No. _____
)
v. )
)
THE UNITED STATES, )
)
Defendant. )
)
The United States

## E-NOTIFICATION CONSENT FORM

The undersigned pro se plaintiff in the above-identified case:

➤ Consents to receiving notice by e-mail via the court's electronic filing system of all electronic filings in the above-identified case, pursuant to Rule 5(b) of the Rules of the United States Court of Federal Claims.

➤ Waives service and notice by first class mail of all electronic filings in the above-identified case, including orders and judgments.

➤ Must be registered with PACER to view electronic filings in the above-identified case.

➤ Is responsible for immediately notifying the court in writing of any change of e-mail address.

The Clerk of Court is authorized to add plaintiff's e-mail address identified below to the court's electronic filing system. Plaintiff will submit all case filings via e-mail to ProSe_case_filings@cfc.uscourts.gov, through the U.S. Mail, or by deposit in the court's night box located at the garage entrance on H Street NW, between 15th Street and Madison Place.

(Signature of Plaintiff)

_[signature]_

(E-mail Address)

drogonthehoneybadger@gmail.com

(Date) 11/22/24

240