# TABLE OF CONTENTS

|  | Para. | Pg. |
|---|---|---|
| **CONSTITUTION** | | |
| US Constitution, 1st Amendment ………………………………………. | | |
| | 22 | 4 |
| | 28 | 5 |
| | 29 | 5 |
| US Constitution, 5th Amendment ……………………………………. | | |
| | 22 | 4 |
| | 32 | 5 |
| **LAWS** | | |
| Privacy Act of 1974, 5 USC § 552a, (e)(1)………………………………………… | | |
| | 20 | 4 |
| | 37 | 6 |
| Privacy Act of 1974, 5 USC § 552a, (e)(2)………………………………………… | | |
| | 19 | 3 |
| | 20 | 4 |
| Privacy Act of 1974, 5 USC § 552a, (e)(3) ………………………………………. | | |
| | 1 | 1 |
| | 20 | 4 |
| | 21 | 4 |
| | 22 | 4 |
| | 24 | 4 |
| Privacy Act of 1974, 5 USC § 552a, (e)(5) ……………………………………… | | |
| | 1 | 1 |
| | 20 | 4 |
| | 33 | 5 |
| | 37 | 6 |
| Privacy Act of 1974, 5 USC § 552a, (e)(7) ……………………………………… | | |
| | 20 | 4 |
| Privacy Act of 1974, 5 USC § 552a, (e)(10) ……………………………………….. | | |
| | 1 | 1 |
| | 19 | 3 |
| | 24 | 4 |

|  | Para. | Pg. |
|---|---|---|
| Privacy Act of 1974, 5 USC § 552a, (g)(1)(C) and (D) …………………..…………... | | |
| | 1 | 1 |
| | 2 | 1 |
| Privacy Act of 1974, 5 USC § 552a, (g)(4) …………………………………………. | | |
| | 1 | 1 |
| | 2 | 1 |
| Privacy Act of 1974, 5 USC § 552a, (g)(4)(A) ...…………………………………... | | |
| | 39 | 6 |
| Privacy Act of 1974, 5 USC § 552a, (g)(4)(B) ………………………………….….. | | |
| | 36 | 6 |
| Privacy Act of 1974, 5 USC § 552a, (g)(5) …………………………………….….. | | |
| | 1 | 1 |
| | 2 | 1 |
| Military Whistleblowers Protection Act (MWPA) of 1988, 10 USC § 1034 ………… | | |
| | 1 | 1 |
| | 20 | 4 |
| | 21 | 4 |
| | 25 | 4 |
| | 26 | 4 |
| | 31 | 5 |
| | 33 | 5 |
| | 37 | 6 |
| National Defense Authorization Act for (NDAA), Fiscal Year 2017………………….. | | |
| | 26 | 4 |
| Tucker Act, 28 USC § 1491 ……………………………………………………….….. | | |
| | 2 | 1 |
| | 35 | 6 |
| | 38 | 6 |
| Defense Regulation, Protection of Human Subjects in Medical Experimentations, 32 CFR Part 219.116(a)(b) and (c) ……………………………………………….…... | | |
| | 21 | 4 |
| HHS Regulation, The Common Rule, 45 CFR § 46 Subpart A ……………………… | | |
| | 21 | 4 |
| 10 USC § 1176 ……………………………………………………………….….. | | |
| | 40 | 6 |

|  | Para. | Pg. |
|---|---|---|

EXECUTIVE ORDERS

Memorandum M-10-22: Guidance for Online Use of Web Measurement and
Customization Technologies," Executive Office of the President, June 25, 2010 ……

|  | 19 | 3 |

Memorandum M-10-23: Guidance for Agency Use of Third-Party Websites and
Applications," Executive Office of the President, June 25, 2010 ……………………..

|  | 19 | 3 |

DOD REGULATION

Department of Defense Privacy Program, DOD 5400.11-R, C10.2 and 3 …………..

|  | 1 | 1 |

ARMY REGULATION and DOCTRINE

Army Regulation 20-1, "Inspector General Activities and Procedures," Ch. 6-1, f. …

|  | 23 | 4 |

Army Regulation 635-8, Separation Processing and Documents ……………………..

|  | 27 | 5 |
|  | 32 | 5 |

US Army Inspector General School, "The Assistance and Investigations Guide,"
Section 2-2-2 …………………………………………………………………………..

|  | 23 | 4 |

Manual for Courts Martial (2024), Article 89, "Special defense-unprotected victim."..

|  | 10 | 2 |

## CASES

Kassel v. US VETERANS' ADMIN., 709 F. Supp. 1194 (D.N.H. 1989) …………….

|  | 1 | 1 |
|  | 20 | 4 |
|  | 33 | 5 |

Martinez v. United States, 333 F.3d 1295, 1303 ……………………………………

|  | 2 | 1 |

Reaves v. United States, 14-09C (Fed. Cl. 2016) …………………………………...

|  | 2 | 1 |
|  | 35 | 6 |

Randall v. United States, 95 F.3d 339 (4th Circuit 1996), 347 ………………….…..

|  | 2 | 1 |

9

|  | Para. | Pg. |
|---|---|---|
| United States v. Stevens, 559 U.S. 460, 473 (2010) …………………………………… | | |
| | 28 | 5 |
| Washington State Grange v. Washington State Republican Party 552 US 442 (2007)… | | |
| | 28 | 5 |

# TABLE OF EXHIBITS

Exhibit   1- Email to Senior Staff (SFC Forbes) from Colonel Brunson (Commander), November 29, 2022   pg. 11

Exhibit   2- Email to Plaintiff from Rhea Racaza,(Facilitator; Corestrengths), November 29, 2022   pg. 13

Exhibit   3- Email to Plaintiff from MAJ Racaza, PsyD(Psychologist), November 29, 2022   pg. 15

Exhibit   4- Email to Command Inspector General, LTC Howsden, from Plaintiff, November 30, 2022   pg. 16

Exhibit   5- Memorandum appointing 2LT Tolston as Inv. Officer, Colonel Brunson, January 12, 2023   pg. 18

Exhibit   6- Colonel Lynch MEMORANDUM FOR SFC Michael J. Forbes,
SUBJECT: Response to Request for Redress submitted 11 November 2024, dated November 13, 2024   pg. 21

Exhibit   7- MG Ferguson MEMORANDUM FOR SFC Michael J. Forbes,
SUBJECT: Response to Article 138 Complaint submitted 25 November 2024, dated November 26, 2024   pg. 22

Exhibit   8- Separation Orders, 305-0280, dated October 31, 2024.   pg. 23

Exhibit   9- ENLISTMENT/REENLISTMENT DOCUMENT (Indef.Contract), dated January 16, 2020   pg. 25

Exhibit 10- CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY, SFC Forbes,
effective November 30, 2024, dated November 29, 2024.   pg. 28

Forbes, Michael J SFC USARMY USSOCOM USASOC (USA)

| | |
|---|---|
| **From:** | Brunson, Tavi N COL USARMY USSOCOM USASOC (USA) |
| **Sent:** | Tuesday, November 29, 2022 4:25 PM |
| **To:** | Koak, Mike J SFC USARMY USSOCOM USASOC (USA); Ramirez-Pharr, Jourdan D 1LT USARMY USSOCOM USASOC (USA); Lowrie, Patrina A CPT USARMY USSOCOM USASOC (USA); Forbes, Michael J SFC USARMY USSOCOM USASOC (USA); Johnson, Timothy J MAJ USARMY USSOCOM USASOC (USA); Larson, Zinnah R SSG USARMY USSOCOM USASOC (USA); Colbert, William MAJ USARMY USSOCOM USASOC (USA); Collado, Edison MSG USARMY USSOCOM USASOC (USA); Johnson, Johanna M MAJ USARMY USSOCOM USASOC (USA); Markle, Trinity M (<not set>) SFC USSOCOM USASOC (USA); Markle, Trinity M (<not set>) SFC USSOCOM USASOC (USA); Knighten, Tiffney R SFC USARMY USSOCOM USASOC (USA); Bey, Sonya D CIV USSOCOM USASOC (USA); Sawyer, Robert C MAJ USARMY USSOCOM USASOC (USA); Racaza, Rhea L MAJ USARMY USSOCOM USASOC (USA); Forte, Joseph J CPT USARMY USSOCOM SOCOM (USA); Rivera, Alvaro F MAJ USARMY USSOCOM USASOC (USA); Kalsic, Joseph E SGT USARMY USSOCOM USASOC (USA); Murray, Gabrielle L MAJ USARMY USSOCOM USASOC (USA); Philbin, Jeffrey M MAJ USARMY USSOCOM USASOC (USA); Lavin, Michael E CPT USARMY USSOCOM USASOC (USA); Dambeck, Rudolph P CPT USARMY USSOCOM USASOC (USA); Harris, Logan E SSG USARMY USSOCOM USASOC (USA) |
| **Cc:** | Vargas, Sandrea A CSM USSOCOM USASOC (USA); Sanchez, Manuel D LTC USARMY USSOCOM USASOC (USA); Brunson, Tavi N COL USARMY USSOCOM USASOC (USA) |
| **Subject:** | Strengths Deployment Inventory (SDI) Execution and Group Session |
| **Signed By:** | tavi.n.brunson.mil@mail.mil |

All,

As discussed during the Monday Calendar Scrub, we will be completing the SDI as a Staff Team.  The completion of this REQUIREMENT, will allow us to better understand our individual and collective approaches to engagement and how we deal with and resolve conflict in a group dynamic.

Bottom Line:  This will help us better integrate as a staff as we prepare for the challenge of integrating and execution ISO an NTC rotation.

DIRECTIVES:
1. All staff in the TO: line *will take* the SDI to provide the relevant data/information to facilitate a group session this Friday.
2. Details for the group session will be distributed to via email tomorrow. (Plan on an afternoon event, offsite location, business casual dress, food provided)

-      Please contact MAJ Racaza if you need her to resend the SDI tool to take the questionnaire.

Any questions or issues with this requirement, please contact me directly as soon as possible.

v/r, Tavi
**COL Tavi N. Brunson**
Commander, 528th SB (SO)(A)
1st Special Forces Command (A)
Office: (910) 432-4649 (DSN 239)
BB: (910) 882-3389

NIPR Email: tavi.n.brunson.mil@socom.mil
SIPR Email: tavi.n.brunson.mil@socom.smil.mil
VoSIP (706) 239-4650
Tandberg: 239-8359 / IP 148.41.230.219

**DO THE RIGHT THING | DO YOUR BEST | GET BETTER EVERYDAY**

12

FW: [CAUTION: Bulk] [EEMSG: Marketing][URL Verdict: Neutral][Non-DoD Source] Your SDI 2.0 Invitation

From:  Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) (michael.j.forbes.mil@socom.mil)

To:    paxmas2007@yahoo.com

Date:  Saturday, June 10, 2023 at 08:13 PM EDT

Cordially,

Michael J. Forbes
528th Sustainment Brigade (SO) (A),
S2, NCOIC
SMO: W0GKAA6
☎ NIPR:         (910) 908-8788
☎ BB:           (910) 929-7078
☎ Staff Office: (910) 908-8787
☎ SIPR:         239-3425
NIPR: michael.j.forbes.mil@socom.mil
SIPR: michael.j.forbes.mil@socom.smil.mil

**From:** Core Strengths <facilitator@corestrengths.com>
**Sent:** Tuesday, November 29, 2022 4:48 PM
**To:** Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) <michael.j.forbes.mil@socom.mil>
**Subject:** [CAUTION: Bulk] [EEMSG: Marketing][URL Verdict: Neutral][Non-DoD Source] Your SDI 2.0 Invitation

Unsubscribe

It appears that you have subscribed to commercial messages from this sender. To stop receiving such messages from this sender, please unsubscribe

Hello,

13

The SDI 2.0 is an assessment of what motivates you and how you use your strengths. We are using it to help improve our working relationships.

You are invited to participate. The SDI 2.0 should take less than 30 minutes and your results will be available immediately. Please do not share this email with anyone else. It includes a link and code that are unique to you.

**Getting Started**
To begin, click on this one-time link: https://app.corestrengths.com/signup?token=5eda99bf0cce94

If the above link is not visible or does not work, visit https://app.corestrengths.com/signup and enter your one-time Access Code: 5eda99bf0cce94

**Deadline**
You must complete your assessment before: December 2, 2022, 4:30am UTC. The link will be disabled after this date.

**Logging in Again**
To resume taking the SDI 2.0 or to view your results at a later time please visit app.corestrengths.com and log in.

Thank you in advance for your participation.

Rhea Racaza

© 2021 Core Strengths. All Rights Reserved.
If you've unsubscribed from our promotional emails, you'll still receive critical notifications that are legally required or could affect your service.
Privacy Policy | Unsubscribe

smime.p7s
6.5kB

14

## Forbes, Michael J SFC USARMY USSOCOM USASOC (USA)

| | |
|---|---|
| **From:** | Racaza, Rhea L MAJ USARMY USSOCOM USASOC (USA) |
| **Sent:** | Tuesday, November 29, 2022 4:49 PM |
| **To:** | Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) |
| **Subject:** | Strengths Deployment Inventory Link |
| **Signed By:** | rhea.l.racaza.mil@mail.mil |

SFC Forbes,

This your link to the Strengths Deployment Inventory, https://app.corestrengths.com/signup?token=5eda99bf0cce94
Please let me know if you have any questions.

Very Respectfully,

MAJ Racaza


Rhea Racaza, PsyD
MAJ, MS, USA
Command Operational Psychologist
528th SUS BDE (SO)(A)
COMM: 910-432-8408
DSN: 239-8408
Work Cell: 910-929-8055
NIPR: rhea.racaza@socom.mil
SIPR: rhea.l.racaza.mil@socom.smil.mil

**From:** Forbes, Michael J SFC USARMY USSOCOM USASOC (USA)
**Sent:** Wednesday, November 30, 2022 9:25 AM
**To:** Howsden, Christopher L LTC USSOCOM USASOC (USA) <Christopher.Howsden@socom.mil>
**Subject:** FW: Strengths Deployment Inventory (SDI) Execution and Group Session

Sir

Here is the communication that I discussed with you moments ago. Thank you.

**From:** Brunson, Tavi N COL USARMY USSOCOM USASOC (USA) <tavi.n.brunson.mil@socom.mil>
**Sent:** Tuesday, November 29, 2022 4:25 PM
**To:** Koak, Mike J SFC USARMY USSOCOM USASOC (USA) <mike.j.koak.mil@socom.mil>; Ramirez-Pharr, Jourdan D 1LT USARMY USSOCOM USASOC (USA) <jourdan.d.ramirezpharr.mil@socom.mil>; Lowrie, Patrina A CPT USARMY USSOCOM USASOC (USA) <patrina.a.lowrie.mil@socom.mil>; Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) <michael.j.forbes.mil@socom.mil>; Johnson, Timothy J MAJ USARMY USSOCOM USASOC (USA) <timothy.j.johnson2.mil@socom.mil>; Larson, Zinnah R SSG USARMY USSOCOM USASOC (USA) <zinnah.r.larson.mil@socom.mil>; Colbert, William MAJ USARMY USSOCOM USASOC (USA) <william.colbert.mil@socom.mil>; Collado, Edison MSG USARMY USSOCOM USASOC (USA) <edison.colladocancel@socom.mil>; Johnson, Johanna M MAJ USARMY USSOCOM USASOC (USA) <johanna.m.johnson.mil@socom.mil>; Markle, Trinity M (<not set>) SFC USSOCOM USASOC (USA) <trinity.markle@socom.mil>; Markle, Trinity M (<not set>) SFC USSOCOM USASOC (USA) <trinity.markle@socom.mil>; Knighten, Tiffney R SFC USARMY USSOCOM USASOC (USA) <tiffney.r.johnson.mil@socom.mil>; Bey, Sonya D CIV USSOCOM USASOC (USA) <sonya.d.bey.civ@socom.mil>; Sawyer, Robert C MAJ USARMY USSOCOM USASOC (USA) <robert.c.sawyer.mil@socom.mil>; Racaza, Rhea L MAJ USARMY USSOCOM USASOC (USA) <rhea.racaza@socom.mil>; Forte, Joseph J CPT USARMY USSOCOM SOCOM (USA) <joseph.forte@socom.mil>; Rivera, Alvaro F MAJ USARMY USSOCOM USASOC (USA) <alvaro.f.rivera.mil@socom.mil>; Kalsic, Joseph E SGT USARMY USSOCOM USASOC (USA) <joseph.e.kalsic.mil@socom.mil>; Murray, Gabrielle L MAJ USARMY USSOCOM USASOC (USA) <gabrielle.l.murray.mil@socom.mil>; Philbin, Jeffrey M MAJ USARMY USSOCOM USASOC (USA) <jeffrey.m.philbin.mil@socom.mil>; Lavin, Michael E CPT USARMY USSOCOM USASOC (USA) <michael.e.lavin.mil@socom.mil>; Dambeck, Rudolph P CPT USARMY USSOCOM USASOC (USA) <rudolph.p.dambeck.mil@socom.mil>; Harris, Logan E SSG USARMY USSOCOM USASOC (USA) <logan.e.harris.mil@socom.mil>
**Cc:** Vargas, Sandrea A CSM USSOCOM USASOC (USA) <sandrea.cruz@socom.mil>; Sanchez, Manuel D LTC USARMY USSOCOM USASOC (USA) <manuel.d.sanchez.mil@socom.mil>; Brunson, Tavi N COL USARMY USSOCOM USASOC (USA) <tavi.n.brunson.mil@socom.mil>
**Subject:** Strengths Deployment Inventory (SDI) Execution and Group Session

**All,**

**As discussed during the Monday Calendar Scrub, we will be completing the SDI as a Staff Team. The completion of this** REQUIREMENT, **will allow us to better understand our individual and collective approaches to engagement and how we deal with and resolve conflict in a group dynamic.**

**Bottom Line:  This will help us better integrate as a staff as we prepare for the challenge of integrating and execution ISO an NTC rotation.**

## DIRECTIVES:

**1.  All staff in the TO: line _will take_ the SDI to provide the relevant data/information to facilitate a group session this Friday.**

**2.  Details for the group session will be distributed to via email tomorrow.  (Plan on an afternoon event, offsite location, business casual dress, food provided)**

**-        Please contact MAJ Racaza if you need her to resend the SDI tool to take the questionnaire.**

**Any questions or issues with this requirement, please contact me directly as soon as possible.**

**v/r, Tavi**
**COL Tavi N. Brunson**
Commander, 528th SB (SO)(A)
1st Special Forces Command (A)
Office: (910) 432-4649 (DSN 239)
BB: (910) 882-3389

NIPR Email:  tavi.n.brunson.mil@socom.mil
SIPR Email:  tavi.n.brunson.mil@socom.smil.mil
VoSIP (706) 239-4650
Tandberg: 239-8359 / IP 148.41.230.219

**DO THE RIGHT THING  |  DO YOUR BEST  |  GET BETTER EVERYDAY**



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 528TH SUSTAINMENT BRIGADE (SPECIAL OPERATIONS) (AIRBORNE)
BUILDING X-4047 NEW DAWN DRIVE
FORT BRAGG NORTH CAROLINA 28310-8500

AOSC-JA

S: 7 February 2023
12 January 2023

MEMORANDUM FOR 2LT Miriam Tolston, 112th Signal Battalion (Special Operations) (Airborne), 528th Sustainment Brigade (Special Operations) (Airborne), Fort Bragg, North Carolina 28310-8500

SUBJECT: Appointment as Investigating Officer

1. **Appointment.** You are hereby appointed as an Investigating Officer (IO) pursuant to Army Regulation (AR) 15-6, *Procedures for Administrative Investigations and Boards of Officers*, to conduct an investigation into allegations of disrespect toward a superior commissioned officer and counterproductive leadership regarding SFC Michael Forbes, HHC, 528th Sustainment Brigade (SO)(A).

2. **Instructions.** The purpose of an AR 15-6 investigation is to elicit facts. Your investigation should explore any issues or deficiencies with policy, procedures, resources, doctrine, training, and leadership that might have contributed to this incident.

   a. Your responsibilities as an IO take precedence over all other military duties. You have 15 duty days from the date you receive this appointment memorandum to submit your completed investigation to your legal advisor. Coordinate any requests for extensions through your legal advisor.

   b. Consult with your legal advisor before making substantive efforts regarding your investigation. CPT Suzanne Dycus, Brigade Judge Advocate, is your legal advisor, and can be reached at 910-643-6065 or suzanne.j.dycus.mil@socom.mil.

   c. Read the relevant portions of AR 15-6, AR 600-100, ADP 6-22, Article 89 UCMJ, and any other applicable authorities prior to beginning your investigation.

   d. At a minimum, you should interview MAJ Rhea Racaza, MAJ CH Alvaro Rivera, 1SG Larry Morgan, CPT Patrina Lowrie, PFC Matthew Scheffing, SFC Michael Forbes, and any other relevant witnesses in order to address the following questions and issues:

      (1) On or about 30 November 2022, did SFC Michael Forbes engage in disrespectful behavior toward MAJ Rhea Racaza? If so, what are the specific facts and circumstances?

18

AOSC-JA
SUBJECT: Appointment as Investigating Officer

(2) Has SFC Michael Forbes engaged in counterproductive or toxic leadership behaviors within brigade or battalion S2 sections as discussed in AR 600-100, Chapter 1-11d and ADP 6-22? If so, what are the specific facts and circumstances?

e. If something happens that could cause me to consider enlarging, restricting, terminating, or otherwise modifying your investigation, you should immediately report this to me through your legal advisor.

3. **Conduct of the Investigation.** You are to conduct this investigation using the general guidance and procedures outlined in AR 15-6, Chapters 3 and 5.

a. To the extent possible, witness statements will be written and sworn on a DA Form 2823. Do not collect social security numbers. You have the authority to administer oaths pursuant to Article 136, UCMJ. If it is impracticable to obtain a written and/or sworn statement from a witness, you will attest to the accuracy of the statement in whatever form it appears in your report.

b. No U.S. military or civilian witnesses can be ordered to provide information that may incriminate them. If you come to suspect a person may have engaged in criminal conduct, consult with your legal advisor. Under no circumstances should you attempt to elicit any incriminating information from a witness without first advising that person of his/her rights under Article 31, UCMJ, or the Fifth Amendment of the U.S. Constitution, as appropriate. Document your rights advisement and witness waivers of their rights on a DA Form 3881, Rights Warning Procedure/Waiver Certificate.

c. Should you determine in the context of your investigation that a Soldier's status has changed from favorable to unfavorable, as defined in AR 600-8-2, *Suspension of Favorable Personnel Actions*, you must notify me through your legal advisor.

4. **Report of Investigation.** Use a DA Form 1574-1, Report of Proceedings by Investigating Officer, and attach all required enclosures and exhibits.

a. Findings. A finding is a clear and concise statement of fact that can be readily deduced from exhibits in the record. For each potential instance of misconduct, you will reach a finding of "substantiated" or "unsubstantiated." Misconduct is "substantiated" if you find it to be true by a preponderance of the evidence, which means 51% or "more likely than not." Cite the exhibits that support your findings. If evidence conflicts, make a finding as to which evidence is more credible and why you believe it to be so.

b. Recommendations. Based on your findings, make recommendations as to what changes, if any, are needed in terms of policy, procedures, resources, doctrine, training, and leadership to avoid incidents of this nature in the future. Also, if appropriate, make recommendations of administrative or punitive action consistent with your findings. Each recommendation will cite to the finding that supports it, and should comport with the guidance in AR 15-6, paragraph 3-11.

AOSC-JA
SUBJECT: Appointment as Investigating Officer

   c. <u>Assembly</u>. Your completed investigation will include, in the following order:

   (1) This memorandum of appointment;

   (2) A completed DA Form 1574-1;

   (3) A memorandum with your findings and recommendations;

   (4) A detailed chronology of the daily actions you took during your investigation;

   (5) A list of the witnesses you interviewed;

   (6) An index of the attached exhibits;

   (7) All exhibits, labeled and numbered, including the ERB/ORB of any Soldier flagged pursuant to your investigation;

   (8) A tabbed/indexed hard copy of the complete investigation. Do not use document protectors; and

   (9) A scanned copy of the complete investigation.

5. POC for this memorandum is CPT Suzanne Dycus, 95th Civil Affairs Brigade Judge Advocate, and can be reached at 910-643-6065 or suzanne.j.dycus.mil@socom.mil.

TAVIN N. BRUNSON
COL, LG
Commanding



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 528TH SUSTAINMENT BRIGADE (SPECIAL OPERATIONS) (AIRBORNE)
1ST SPECIAL FORCES COMMAND (AIRBORNE)
FORT LIBERTY, NORTH CAROLINA 28310-8500

AOSC-CO                                                                13 November 2024

MEMORANDUM FOR SFC Michael J. Forbes

SUBJECT: Response to Request for Redress submitted 11 November 2024

1. This memorandum serves to notify you that your request for redress is **denied**.

2. You requested the following relief: Delay the imposition of your scheduled separation from the US Army until the provisions of AR 635-8 are met in its entirety.

3. You were notified via memorandum on 29 May 2024, your involuntary discharge was directed by U.S. Army Human Resources Command (HRC). There is a prescribed process to request a review provided within the notification memorandum.

4. As HRC directed your involuntary discharge occur not later than 1 December 2024, I do not have the authority to delay your separation.

ANDREW J. LYNCH
COL, LG
Commanding



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ST SPECIAL FORCES COMMAND (AIRBORNE)
H-3531, 9TH INFANTRY STREET (STOP A)
FORT LIBERTY, NORTH CAROLINA  28310-8500

AOSO-JA                                                        26 November 2024

MEMORANDUM FOR SFC Michael Forbes, HHC, 528th Sustainment Brigade (SO)(A)

SUBJECT: Response to the Article 138 Complaint submitted 25 November 2024

1. This memorandum serves to notify you that your Article 138 Complaint is **denied**.

2. You requested the following relief: Delay the imposition of your scheduled separation from the US Army until the provisions of AR 635-8 are met in its entirety.

3. You were notified via memorandum on 29 May 2024, your involuntary discharge was directed by U.S. Army Human Resources Command (HRC). There was a prescribed procedural due process to request a review provided within the notification memorandum.

4. As HRC directed your involuntary discharge occur not later than 1 December 2024, I do not have the authority to delay your separation.

LAWRENCE G. FERGUSON
Major General, USA
Commanding

DEPARTMENT OF THE ARMY
US ARMY INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FT LIBERTY
2175 ROCK MERRITT AVENUE
FORT LIBERTY NORTH CAROLINA 28310-5000

ORDERS 305-0280                                                31 October 2024

FORBES, MICHAEL JEFFREY ▓▓▓▓-7907 SFC 0528 CS HHC HHC SUSTAIN BDE, (WJTDAA),
FORT LIBERTY, NC 28310

You are reassigned to the U.S. Army transition point shown for transition
processing. After processing, you are discharged from the Component shown.  If
you are delayed in reporting to the transition point, you still must report to
the transition point as soon as possible or as authorized to receive a new
effective date of discharge.

Assigned to: FORT LIBERTY TC (W0U3NT) FORT LIBERTY NC 28310-5000
Reporting date:  30 October 2024
Comp:  REGULAR
Date of discharge unless changed or rescinded:  30 November 2024

Additional instructions:
a.  Soldier is entitled to one-half separation pay IAW 10 USC 1174. b.
"Information regarding Out-Processing may be obtained from
https://home.army.mil/bragg/index.php/my-fort-liberty/all-services/out-processin
g-section"  c.  IAW Public Law 101-510, Section 1144 you must attend a mandatory
Preseparation Briefing and complete the DD Form 2648, 120 - 180 days prior to
separation with Soldier for Life.  d.  Storage of household goods, at
government expense, is authorized up to 06 months after separation.
e.  DEPNS: YES(01). f.  UPON RECEIPT OF ORDERS  REPORT TO THE TRANSITION CENTER,
BLDG 4-2843, 2D FLOOR, WING B, BETWEEN THE HOURS OF 0900 - 1100, MONDAY THRU
FRIDAY TO SCHEDULE AN APPOINTMENT FOR THE COMPLETION OF YOUR DD FORM 214.  g.
You must attend a Transportation Briefing given by the Personal Property
Shipping Office. Please call 910-396-5212 and 910-396-2163. h. No pay
authorized. Member eligible for involuntary separation pay; however, member
chose not to comply with 10 USC 1174(e)(1)(A).

FOR ARMY USE
Auth: AR 635-200
HOR:  ERIE PA US
Place EAD or OAD:  PITTSBURGH PA US
MDC:  7BE5

FOR ADDITIONAL INFORMATION CONTACT:
ASHLEY M. MEISENBACH  ashley.m.meisenbach.civ@army.mil  910-907-0882
SDN:  FOR7907PA50280
Format:  501

ORDERS 305-0280     US ARMY INSTALLATION MANAGEMENT COMMAND     31 October 2024

FOR THE COMMANDER:

                              ****************************************
                              OFFICIAL
                              FORT LIBERTY, NC
                              ****************************************
                              LEONARD (LEON)WYATT
                              CHIEF, MILITARY PERSONNEL DIVISION

DISTRIBUTION:
SFC FORBES (1)
Cdr 0528 CS HHC    HHC SUSTAIN BDE, (WJTDAA) (1)
CDR, 126TH FINANCE (1)

IMMEDIATE REENLISTMENT

## ENLISTMENT/REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 3331; 10 U.S.C. 113, 136, 502, 504, 505, 506, 507, 508, 509, 510, 513, 515, 516, 518, 519, 972, 978, 2107, 2107a, 3253, 3258, 3262, 5540, 8252, 8253, 8257, 8256, 12102, 12103, 12104, 12105, 12106, 12107, 12108, 12301, 12302, 12304, 12305, 12405; 14 USC 351, 632; 32 U.S.C. 301, 302, 303, 304; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

| 1. NAME (Last, First, Middle) | 2. SOCIAL SECURITY NUMBER |
|---|---|
| FORBES, MICHAEL JEFFREY | -7907 |

| 3. HOME OF RECORD (Street, City, County, State, Country, ZIP Code) | 4. PLACE OF ENLISTMENT/REENLISTMENT (Mil. Installation, City, State) |
|---|---|
|  | HHC, 54TH BEB (A) APO, AE 09606 |

| 5. DATE OF ENLISTMENT/ REENLISTMENT (YYYYMMDD) | 6. DATE OF BIRTH (YYYYMMDD) | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 2020 JAN 16 | 1968 | a. TOTAL ACTIVE MILITARY SERVICE | 12 | 11 | 04 |
|  |  | b. TOTAL INACTIVE MILITARY SERVICE | 00 | 03 | 11 |

### B. AGREEMENTS

8. I am enlisting/reenlisting in the United States (list branch of service) __ARMY__
this date for __INDEFINITE__ years and ____ weeks beginning in pay grade __E6__ of which __INDEFINITE__ years and ____ weeks is considered an Active Duty Obligation, and __0__ years and __0__ weeks will be served in the Reserve Component of the Service in which I have enlisted. If this is an initial enlistment, I must serve a total of eight (8) years, unless I am sooner discharged or otherwise extended by the appropriate authority. This eight year service requirement is called the Military Service Obligation. The additional details of my enlistment/ reenlistment are in Section C and Annex(es) (list name of Annex(es) and describe)
__A, B AND C__

**a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**
I understand that I am joining the DEP. I understand that by joining the DEP I am enlisting in the Ready Reserve component of the United States (list branch of service) _____ for a period not to exceed 365 days, unless this period of time is otherwise extended by the Secretary concerned. While in the DEP, I understand that I am in a nonpay status and that I am not entitled to any benefits or privileges as a member of the Ready Reserve, to include, but not limited to medical care, liability insurance, death benefits, education benefits, or disability retired pay if I incur a physical disability. I understand that the period of time while I am in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that the period of time while I am in the DEP is counted toward fulfillment of my military service obligation described in paragraph 10, below. While in the DEP, I understand that I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, qualifications, and mailing address. I understand that I WILL be ordered to active duty unless I report to the place shown in item 4 above by (list date (YYYYMMDD)) _____ for enlistment in the Regular component of the United States (list branch of service) _____
for not less than _____ years and _____ weeks.

**b. REMARKS:** (If none, so state.)

(1) REGULAR ARMY REENLISTMENT OPTION  RCN: 3596935.
(2) SRB TIER 5, MOS 35F3.
(3) NO WAIVER.
(4) 4TH REENLISTMENT.
(5) LUMP SUM PAYMENT AUTHORIZED IAW MILPER MESSAGE 19-411 PARA 4.
(6) I UNDERSTAND THAT MY REENLISTMENT IS FOR AN INDEFINITE PERIOD AND THAT I WILL BE ALLOWED TO SERVE UP TO THE RETENTION CONTROL POINT FOR MY CURRENT RANK.  THE RETENTION CONTROL POINT FOR MY CURRENT RANK IS 2027 FEB 28.  I FURTHER UNDERSTAND THAT IF I AM SELECTED FOR PROMOTION/PROMOTED, REDUCED IN RANK OR BECOME INELIGIBLE FOR CONTINUED SERVICE THAT I MAY BE FURTHER RETAINED OR SEPARATED IAW APPROPRIATE POLICIES IN EFFECT AT THE TIME AS PRESCRIBED BY THE SECRETARY OF THE ARMY OR APPLICABLE LAW. _____ (INITIALS)

**c.** The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
(Initials of Enlistee/Reenlistee) _____

(Continued on Page 2)

**DD FORM 4/1, OCT 2007**     PREVIOUS EDITION IS OBSOLETE.     Adobe Professional 8.0

| NAME OF ENLISTEE/REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE/REENLISTEE |
|---|---|
| FORBES, MICHAEL JEFFREY | 7907 |

## D. CERTIFICATION AND ACCEPTANCE

13a.  My acceptance for enlistment is based on the information I have given in my application for enlistment.  If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I certify that I have carefully read this document, including the partial statement of existing United States laws in Section C and how they may affect this agreement. Any questions I had were explained to my satisfaction.  I fully understand that only those agreements in Section B and Section C of this document or recorded on the attached annex(es) will be honored.  I also understand that any other promises or guarantees made to me by anyone that are not set forth in Section B or the attached annex(es) are not effective and will not be honored.

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| | 2020 JAN 16 |

**14. SERVICE REPRESENTATIVE CERTIFICATION**

a. On behalf of the United States *(list branch of service)* ARMY

I accept this applicant for enlistment.  I have witnessed the signature in item 13b to this document.  I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| NORFLEET, BERNADETTE NICOLE | E6 | 54TH BEB (ABN ) |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| | 2020 JAN 16 | APO, AE  09606 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**

I, MICHAEL JEFFREY FORBES , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.  So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR)**

I, , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of and the orders of the officers appointed over me, according to law and regulations. So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**

I do hereby acknowledge to have voluntarily enlisted/reenlisted this day of , in the National Guard and as a Reserve of the United States *(list branch of service)* with membership in the National Guard of the United States for a period of years, months, days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18.a. SIGNATURE OF ENLISTEE/REENLISTEE | b. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| | 2020 JAN 16 |

**19. ENLISTMENT/REENLISTMENT OFFICER CERTIFICATION**

a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| CRUZ, PABLO | W2 | HHC, 173RD IBCT (A) |
| e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| | 2020 JAN 16 | APO, AE  09606 |

*(Initials of Enlistee/Reenlistee)*

**DD FORM 4/2, OCT 2007**          PREVIOUS EDITION IS OBSOLETE.

## STATEMENT OF ENTITLEMENT TO RETENTION INCENTIVE
For use of this form, see AR 601-280, the proponent agency is DCS, G-1.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

| | |
|---|---|
| **AUTHORITY:** | Section 331 and 373 of Title 37, U.S.C, and Executive Order 9397 (SSN) as amended. |
| **PRINCIPAL PURPOSE:** | To explain the conditions under which continued entitlement of the incentive may be terminated and unearned portion of advanced incentive payments recouped. The purpose of soliciting the SSN is for positive identification. Information may be referred to appropriate authorities if individual becomes subject to termination and/or recoupment of incentive. |
| **ROUTINE USES:** | To provide the Defense and Financial Accounting Service with individuals entitled to a retention incentive in return for continued service. |
| **DISCLOSURE:** | Voluntary. However, failure to furnish information requested may result in denial of a retention incentive. |
| **CITATION:** | System of Record Notice (SORN): A0600-8-104 AHRC. |

### AGREEMENT

| 1. NAME *(Last, First, MI)* | 2. RANK | 3. SSN |
|---|---|---|
| FORBES, MICHAEL JEFFREY | SSG | 7907 |

| 4. ORGANIZATION/UNIT | 5. Retention Control Number (RCN) |
|---|---|
| HHC, 54TH BEB (A) | 3596935 |

6. I understand that I am receiving a retention incentive in return for my continued service in the following MOS/Skill:
35F3      per MILPER 19-411 PARA 4 TIER 5      *(Enter applicable MILPER/Policy message)*

7. I agree to accept an incentive in the amount of $   22,800   (base amount of $   22,800   and a plus amount of $   0   ) for
Additional Obligated Service (AOS) from   20201203   to   20251202 .
     *bonus obligation start date*      *bonus obligation end date*

8. A lump sum payment shall be paid when qualified in the listed MOS/Skill in accordance with the listed MILPER/Policy message. I will not be paid more than $200,000 of incentive payments over my career, regardless of the Service Component unless granted an exception from USD(P&R).

9. I understand the incentive payment will be subject to income tax withholdings in accordance with DOD 7000.14-R, Financial Management Regulation, Vol. 7A.

10. I further understand that a portion of my incentive may be allocated to my Thrift Savings Plan (TSP), based on my current TSP elections.

11. The incentive program is a voluntary retention program. Unless a waiver is granted, I will not be released from active duty before fulfilling the term of continuous active duty agreed to in paragraph 6 above, even if that obligation will extend me beyond 20 years of active federal service.

12. The effective date of the entitlement is the date of the accompanying (select the appropriate form):

   ☒ DD Form 4/1 (Reenlistment)      ☐ DA Form 1695 (Extension)      ☐ DA Form 3340 (Agreement)

13. I understand that I must remain technically qualified in MOS/Skill identified above. I understand that I will NOT be considered technically qualified when I am no longer classified in that MOS/Skill, or become precluded from performing my current or future assignment in that MOS/Skill. These actions may include, but are not limited to the following:

   a. My refusal to perform required duties for the effective performance in the MOS/Skill.

   b. Disciplinary action taken against me under UCMJ or civil court conviction, which disqualifies me from future performance in the identified MOS/Skill.

   c. Being selected for the Qualitative Management Program (QMP), and subsequent separation (voluntarily or involuntarily) from service makes me subject to recoupment of the unearned portion of my incentive.

   d. Personal misconduct that causes injury, illness, or some other condition that interferes with effective performance in the MOS/Skill.

   e. Withdrawal of the minimal security clearance, loss of qualification under the Personnel Reliability Program (PRP), or loss of any other mandatory qualification required for effective performance in the MOS/Skill.

14. A discharge due to bankruptcy under Title 11, U.S.C. that is entered less than 5 years after the termination of the agreement does not discharge me from a debt arising from this agreement.

15. Failure to complete the service requirement may result in the termination of this agreement, and repayment of any unearned portion of the incentive payment on a pro rata basis, unless the failure to complete the period of active duty specified in the agreement is due to:

   a. Death, illness, injury, or other physical impairment that is not the result of my misconduct or willful neglect, or is the result of any other circumstance determined to be reasonably beyond my control and not incurred during a period of unauthorized absence; or

   b. Separation from the military service by operation of law or regulation of DoD or the Army, when waiver for recoupment has been approved by the Secretary of the Army, or the delegated authority.

| 16. SIGNATURE OF RECIPIENT | 17. DATE *(YYYYMMDD)* | 18. SIGNATURE OF CAREER COUNSELOR | 19. DATE *(YYYYMMDD)* |
|---|---|---|---|
| *[signature]* | 20200116 | | |

**DA FORM 4789, JUN 2018**      PREVIOUS EDITIONS ARE OBSOLETE.      APD AEM v1.00ES
ANNEX C

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) FORBES, MICHAEL JEFFREY | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER 7907 |
|---|---|---|

| 4a. GRADE, RATE OR RANK SFC | b. PAY GRADE E07 | 5. DATE OF BIRTH (YYYYMMDD) 1968 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 | | |
|---|---|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY PITTSBURGH, PENNSYLVANIA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 0528 CS HHC    HHC SUSTAIN BDE SP | b. STATION WHERE SEPARATED FORT LIBERTY TC, NC 28310-5000 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED N/A | 10. SGLI COVERAGE AMOUNT: $ 500,000.00 | NONE |
|---|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 35F4S INTELLIGENCE ANALYST - 13 YRS 2 MOS //96B4O INTELLIGENCE ANALYST - 4 YRS 0 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2007 | 02 | 12 |
| | b. SEPARATION DATE THIS PERIOD | 2024 | 11 | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0017 | 09 | 19 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0006 | 07 | 13 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2020 | 04 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY COMMENDATION MEDAL (7TH AWARD)//JOINT SERVICE ACHIEVEMENT MEDAL//ARMY ACHIEVEMENT MEDAL (3RD AWARD)//JOINT MERITORIOUS UNIT AWARD (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (6TH AWARD)//USCG GOOD CONDUCT MEDAL// NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and months and year completed) ADV LDR CRS (ALC), 7 WEEKS, 2013//ANTI-TERR OFF (BASIC), 1 WEEK, 2016//BASIC LEADER CRS (BLC), 2 WEEKS, 2008//COMBAT LIFE SAVER CRS, 2 WEEKS, 2014//FIELD SAN TEAM - INDIV, 1 WEEK, 2016//INTELLIGENCE ANALYST, 17 WEEKS, 2007//MIL DECEPT PLN CRS, 1 WEEK, 2017//SENIOR LEADER CRS//CONT IN BLOCK 18 |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | X NO |
|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | X NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: _____ ) NA | YES | X NO |

| 16. DAYS ACCRUED LEAVE PAID 60 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

| 18. REMARKS |
|---|
| IMMEDIATE REENLISTMENTS THIS PERIOD -- 20081208-20131016, 20131017-20151202, 20151203-20200115, 20200116-20241130//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20061031-20070211//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20141023-20150306//SERVICE IN AFGHANISTAN 20110306-20120111//SERVICE IN AFGHANISTAN 20100412-20100823//SERVICE IN AFGHANISTAN 20090115-20090713//SERVICE IN AFGHANISTAN 20071130-20080512//SEPARATION PAY -- $58919.00//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//MEMBER IS ENTITLED TO HALF//SEE ATTACHED CONTINUATION SHEET The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - Include ZIP Code) SABRINA FORBES |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | NC OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21.a. MEMBER SIGNATURE ESIGNED BY: FORBES.MICHAEL.JEFFREY.1 295918507 | b. DATE (YYYYMMDD) 20241129 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: POUNDS.ROSIE.LEE.1069304229 ROSIE POUNDS, TRANSITION CENTER HR SUPV | b. DATE (YYYYMMDD) 20241129 |
|---|---|---|---|

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
| 25. SEPARATION AUTHORITY AR 635-200 | 26. SEPARATION CODE JGH | 27. REENTRY CODE 3 |
| 28. NARRATIVE REASON FOR SEPARATION NON-RETENTION ON ACTIVE DUTY | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) MJF | |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**  *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)* FORBES, MICHAEL JEFFREY | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER 7907 |
|---|---|---|

*(Specify the item number of the block continued for each entry.)* ///////////////////////////////////////////////////
CONT FROM BLOCK 18: SEPARATION PAY//IN ACCORDANCE WITH 10 USC 1174 AND DODI 1332.29, THE
TOTAL AMOUNT (GROSS) OF SEPARATION PAY WILL BE RECOUPED FROM EACH PAYMENT OF RETIRED OR
RETAINER PAY AND IN CERTAIN CASES VETERANS AFFAIRS DISABILITY UNTIL THE TOTAL AMOUNT
DEDUCTED IS EQUAL TO THE TOTAL AMOUNT OF SEPARATION PAY RECEIVED.//CONT FROM BLOCK 13: //
NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON (3RD AWARD)//ARMY SERVICE
RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)//MILITARY OUTSTANDING VOLUNTEER SERVICE
MEDAL//NATO MEDAL//PARACHUTIST BADGE//EXPERT MARKSMANSHIP BADGE W/ RIFLE BAR//CONT FROM
BLOCK 14: (SLC), 6 WEEKS, 2020//USAF AIRLIFT PLANNER, 1 WEEK, 2017//NOTHING FOLLOWS

| 21.a. MEMBER SIGNATURE ESIGNED BY: FORBES.MICHAEL.JEFFREY.1 295918507 | b. DATE *(YYYYMMDD)* 20241129 | 22.a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* ESIGNED BY: POUNDS.ROSIE.LEE.1069304229 ROSIE POUNDS, TRANSITION CENTER HR SUPV | b. DATE *(YYYYMMDD)* 20241129 |
|---|---|---|---|

**DD FORM 214C, AUG 2009**          GENERATED BY TRANSPROC          **MEMBER - 4**