# In the United States Court of Federal Claims

MICHAEL J. FORBES, *pro se.*  )
　　　　　　　　　　　　　　　　)
　　*Plaintiff,*　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　)　　No. 1:2024-cv-01953
　　　　　　　　　　　　　　　　)
THE UNITED STATES　　　　　　 )　　MOTION FOR
　　　　　　　　　　　　　　　　)　　ENTRY OF DEFAULT
　　*Defendant.*　　　　　　　　 )

This 29th day of January, 2025

1. Plaintiff, Michael J. Forbes, requests that the clerk of court enter default against defendant, The United States, pursuant to Rules of the United States Court of Federal Claims 55(a). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

_JAN 29, 2025_　　　　　　　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　　　　　　　　　Signature of Plaintiff

614 Northampton Road　　　　　　　　　　　　　　　　　Cell: (910) 336-5966
Fayetteville, NC 28303　　　　　　　　　　　　Email: forbes2024cfc@yahoo.com

1