# In the United States Court of Federal Claims

MICHAEL J. FORBES, *pro se.*

    *Plaintiff,*

    v.

THE UNITED STATES

    *Defendant.*

No. 1:2024-cv-01953

AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT

This 29th day of January, 2025

I, Michael J. Forbes, being duly sworn, state as follows:

1. I am the *pro se* complainant and plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The summons was delivered electronically by this court and the complaint was filed on November 22, 2024, with an amended complaint filed on December 9, 2024.

3. Defendant was electronically served with a copy of the summons and complaint on November 22, 2024, as reflected on the docket sheet by the proof of service statement, on that date.

4. An answer to the complaint was due on January 27, 2025.

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

1

6. Plaintiff requests that the clerk of court enter default against the defendant.

JAN 29, 2025
Date

614 Northampton Road
Fayetteville, NC 28303

_____
Signature of Plaintiff

Cell: (910) 336-5966
Email: forbes2024cfc@yahoo.com

Sworn to and subscribed before me
this 29th day of Jan, 2025.

_____
Notary Public

My Commission Expires: Aug 28, 2027

Ashanti Norris
Notary Public, NC
Cumberland County, NC
My Commission Expires: Aug 28, 2027

2