# In the United States Court of Federal Claims

| | | |
|---|---|---|
| MICHAEL J. FORBES, *pro se.* | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:2024-cv-01953 |
| | ) | |
| THE UNITED STATES | ) | ENTRY OF DEFAULT |
| | ) | |
| *Defendant.* | ) | |

This 29th day of January, 2025

1. Plaintiff, Michael J. Forbes, requests that the clerk of court enter default against defendant, The United States, pursuant to Rules of the United States Court of Federal Claims 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant, The United States, is hereby entered pursuant to Rules of the United States Court of Federal Claims 55(a).

JAN 29, 2025
Date

Signature of Plaintiff

614 Northampton Road
Fayetteville, NC 28303

Cell: (910) 336-5966
Email: *forbes2024cfc@yahoo.com*